In the Matter of the Accounting of THOMAS A. MAITLAND, as
Trustee under the Will of SARAH PARISH DILLON, Deceased,
Appellant.
CHARLES BEATTIE et al., Responders.

*Matter of Maitland,* 81 App. Div. 633, affirmed.
(Argued April 26, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, made April 6,
1903, which modified and affirmed as modified a decree of the
New York County Surrogate's Court passing the accounts of
Thomas A. Maitland, as trustee under the will of Sarah Parish
Dillon, deceased.

*Judson S. Landon, Paul N. Turner* and *J. Edward Ackley* for appellant.

*Albert Stickney, Charles I. McBurney, Edward D. O'Brien, J. Allison Kelly* and *Charles M. Hough* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.